UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                  CRIM. NO. 02-80069

      Plaintiff,

                                  HONORABLE PATRICK J. DUGGAN

-vs-


D-2   JOHN NETTLETON,

      Defendant.
      _____/

ORDER GRANTING UNITED STATES' MOTION
FOR LEAVE TO DISMISS SUPERSEDING INDICTMENT
AGAINST DEFENDANT JOHN NETTLETON
AND CANCEL ARREST WARRANT

                At a session of this Court held in the
                City of Detroit, County of Wayne, State of
                Michigan on <u>March 24, 2008.</u>

                PRESENT:  The Honorable Patrick J. Duggan
                                     United States District Court Judge

     Having considered the United States' motion for leave to dismiss the superseding indictment as to defendant JOHN NETTLETON and cancel the arrest warrant issued pursuant thereto and being otherwise fully advised in the premises;

     IT IS HEREBY ORDERED that the United States be and is hereby GRANTED leave to dismiss the superseding indictment as to defendant JOHN NETTLETON; and

IT IS FURTHER ORDERED that the superseding indictment filed in the above-captioned case be and is hereby DISMISSED as to defendant JOHN NETTLETON;

IT IS FURTHER ORDERED that the arrest warrant issued pursuant thereto be and is hereby CANCELED.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Entered:March 24, 2008